1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8          **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                      —o0o—

10  KEVIN VANLEY,                              CASE NO. 2:12-CV-00791 CKD

11                  Plaintiff,           **ORDER EXTENDING
                                         PLAINTIFF'S TIME TO FILE A MOTION**
12  vs.                                  **FOR SUMMARY JUDGMENT**

13  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
14
                    Defendant.
15  _____/

16         Pursuant to the stipulation of the parties showing good cause for a requested first

17  extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

18  APPROVED.

19         Plaintiff shall file his Motion For Summary Judgment on or before September 27, 2012.

20         SO ORDERED.

21

22   Dated: August 9, 2012

23                                         _____
                                           CAROLYN K. DELANEY
24                                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28

---
                                              1
STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT