BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8977
    Facsimile: 415-744-0134
    Email: Lynn.Harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| KEVIN VANLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-CV-00791-CKD |
| | ) | |
| v. | ) | STIPULATION FOR EXTENSION OF TIME |
| | ) | AND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **FIRST** extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment [Docket No. 16].

//

//

//

///

Stip. & Prop. Order for Ext. of Time; 2:12-CV-00791-CKD    1

Because this matter was recently reassigned to new counsel for Defendant, additional time is needed for the Commissioner's new counsel to review the case and draft a responsive pleading. The current due date is October 29, 2012. The new due date will be November 28, 2012.

Respectfully submitted,

Date:   <u>October 26, 2012</u>                    <u>/s/ Lynn M. Harada for Ann M. Cerney*</u>
ANN M. CERNEY
Attorney for Plaintiff
*[*per email authorization on October 25, 2012]*

Date:   <u>October 26, 2012</u>                    BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

BY:   <u>/s/ Lynn M. Harada</u>
LYNN M. HARADA
Special Assistant United States Attorney

OF COUNSEL
ASIM H. MODI
Assistant Regional Counsel
Social Security Administration
Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated: October 31, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext. of Time; 2:12-CV-00791-CKD      2